IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMIR HAKIM MCCAIN<br>A/K/A JOHN MCCAIN | : CIVIL ACTION<br>:<br>:<br>: |
| v. | :<br>: |
| SLIFER, VOICE & SHADE, VERITEXT<br>NATIONAL COURT REPORTING COMPANY, et al.: | :<br>NO. 12-4506 |

O R D E R

AND NOW, this 15² day of August, 2012, **IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g).

The Clerk of Court shall **CLOSE** this case statistically.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.